UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LARRY GANTT, JR.,
              Petitioner,

v.

CHRISTOPHER MILLER,
              Respondent.
--------------------------------------------------------------x

**ORDER**

19 CV 2910 (VB)

11/27/23

      On November 22, 2023, Magistrate Judge McCarthy denied petitioner's motion for an order of stay and abeyance of his pending habeas petition, and for leave to amend the petition. (Doc. #33).

      Petitioner filed this motion on September 22, 2023, which was the deadline to object to the Report and Recommendation ("R&R") dated July 28, 2023, in which Magistrate Judge McCarthy recommended that the Court deny the habeas petition. (Docs. #24, 27). Accordingly, on September 22, the undersigned issued an Order extending petitioner's deadline to object until after the motion for a stay and abeyance and for leave to amend was resolved, and referred petitioner's motion for a stay and abeyance and for leave to amend to Magistrate Judge McCarthy for resolution. (Doc. #28).

      Now that Magistrate Judge McCarthy has ruled on petitioner's motion, the Court will set a new deadline for him to object to the R&R.

      **The deadline for petitioner to object to the R&R is extended to 12/29/2023.**

      **Responses to objections, if any, are due 1/19/2024.**

      Chambers will mail a copy of this Order to petitioner at the address on the docket.

Dated: November 27, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge