Copies Mailed/Faxed  1-31-24
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LARRY GANTT, JR.,
               Petitioner,
v.

CHRISTOPHER MILLER,
               Respondent.
--------------------------------------------------------------x

**ORDER**

19 CV 2910 (VB)

      On November 27, 2023, the Court issued an Order (Doc. #34) extending the deadline for petitioner to object to the Report and Recommendation (R&R) of Magistrate Judge McCarthy dated July 28, 2023 (Doc. #24), to December 29, 2023, and the deadline for responses to petitioner's objections (if any) to January 19, 2024.

      To date, petitioner has not objected to the R&R.

      **Because petitioner previously indicated he intended to object to the R&R (see Doc. #25), and in consideration of petitioner's pro se status, the Court sua sponte extends petitioner's deadline to object to the R&R to February 20, 2024. Responses to objections, if any, are due March 12, 2024.** No further extensions will be granted absent compelling circumstances.

      Chambers will mail a copy of this Order to petitioner at the address on the docket.

      In addition, because the DOCCS Incarcerated Lookup indicates petitioner is currently incarcerated at Gouverneur Correctional Facility, Chambers will also mail a copy of this Order to petitioner at the following address:

      Larry Gantt, Jr.,
      14-A-2038
      Gouverneur Correctional Facility
      112 Scotch Settlement Road
      P.O. Box 370
      Gouverneur, New York 13642-0370

      Petitioner is reminded of his obligation to update the Court if his address changes. Failure to do so can result in dismissal of his petition for failure to prosecute or comply with Court orders pursuant to Fed. R. Civ. P. 41(b).

Dated: January 31, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge