**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
LARRY GANTT, JR.,

                          Petitioner,                 19 **CIVIL** 2910 (VB)

        -against-                          **JUDGMENT**

CHRISTOPHER MILLER,

                          Respondent.
--------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 22, 2024, the Court adopts the R&R in its entirety as the

opinion of the Court. The Petition is DENIED. As petitioner has not made a substantial showing

of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. §

2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and

therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United

States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York

      March 25, 2024

                                 **RUBY J. KRAJICK**
                               **Clerk of Court**

**BY:**

                               _____
                                 **Deputy Clerk**