UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LARRY GANTT, JR.,

          Petitioner,

v.

CHRISTOPHER MILLER,

          Respondent.
------------------------------------------------------------x

**ORDER**

19 CV 2910 (VB)

Briccetti, J.:

      On March 22, 2024, the Court issued an Order (Doc. #36) adopting Magistrate Judge Judith C. McCarthy's Report and Recommendation, dated July 28, 2023 (Doc. #24), and denying pro se petitioner Larry Gantt, Jr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court mailed the Order to petitioner at both Sullivan Correctional Facility, his address listed on the docket, and Gouverneur Correctional Facility, where the DOCCS Incarcerated Lookup indicated that petitioner was incarcerated. (See Doc. #36 at 4).

      On March 25, 2024, the Clerk of Court filed the Judgment (Doc. #37) and Appeal Package (Doc. #36-1) and mailed both to petitioner at the address listed on the docket:

      Larry Gantt Jr.
      14-A-2038
      Sullivan Correctional Facility
      P.O Box 116
      Fallsburg, NY 12733-0116

      Because the DOCCS Incarcerated Lookup indicates petitioner is currently incarcerated at Gouverneur Correctional Facility, the Clerk is directed to mail a copy of the Judgment and the Appeal Package to petitioner at the following address:

      Larry Gantt, Jr.
      14-A-2038
      Gouverneur Correctional Facility
      112 Scotch Settlement Road
      P.O. Box 370
      Gouverneur, New York 13642-0370

1

Chambers will mail a copy of this Order to petitioner at the address listed on the docket:

Larry Gantt, Jr.
14-A-2038
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, NY 12733-0116

In addition, because the DOCCS Incarcerated Lookup indicates petitioner is currently incarcerated at Gouverneur Correctional Facility, Chambers will also mail a copy of this Order to petitioner at the following address:

Larry Gantt, Jr.
14-A-2038
Gouverneur Correctional Facility
112 Scotch Settlement Road
P.O. Box 370
Gouverneur, New York 13642-0370

Dated: March 26, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge